UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES D. HOPPER, | 2:11-CV-000845-PMP-RJJ |
| Plaintiff, | |
| vs. | **ORDER** |
| BANK OF AMERICA, doing business as BAC HOME LOANS SERVICING, LP, BANK OF AMERICA, doing business as COUNTRYWIDE HOME LOANS, Inc. BAC FIELD SERVICES CORPORATION, | |
| Defendants. | |

Having read and considered Plaintiff Hopper's fully briefed Opposition to Petition for Removal of Action to United States District Court and Motion for Remand to Eighth Judicial District Court (Doc. #8) and finding that jurisdiction properly lies in this Court based upon the complete diversity of citizenship of the parties and that the amount in controversy exceeds $75, 000.00, and good cause appearing,

**IT IS ORDERED that** Plaintiff Hopper's fully briefed Opposition to Petition for Removal of Action to United States District Court and Motion for Remand to Eighth Judicial District Court (Doc. #8) is **DENIED.**

DATED: July 1, 2011.

_____
PHILIP M. PRO
United States District Judge